UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVERNE KERRIDGE,

Plaintiff,

-against-

EMBLEM HEALTH, INC.,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/30/2026
```

26 Civ. 1517 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated April 29, 2026.  *See* ECF No. 13.  By **May 6, 2026**, Plaintiff shall respond.

SO ORDERED.

Dated: April 30, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge