UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVERNE KERRIDGE,

                    Plaintiff,

        -against-

EMBLEM HEALTH, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/2/2026_____

26 Civ. 1517 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 25, 2026, the Court ordered the parties to submit a joint letter and proposed case management plan by June 26, 2026.  *See* ECF No. 8.  Those submissions are now overdue. Accordingly, by **July 27, 2026**, the parties shall submit their joint letter and proposed case management plan.

        SO ORDERED.

Dated:  July 2, 2026
        New York, New York

_____
            ANALISA TORRES
        United States District Judge